**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                             **CRIMINAL ACTION NO. 2:05CR126-P-B**

**RALPH ANDREW OCHSENHIRT,**                        **DEFENDANT.**

<u>**ORDER**</u>

This matter comes before the court upon Defendant's Motion to Continue Trial [12-1]. Upon due consideration of the motion, the court finds as follows, to-wit:

The motion is well-taken and should be granted.

Trial is currently set for January 30, 2006. Defense counsel requests that trial be continued in order to allow indictments for bank robbery from other jurisdictions to be transferred to this court pursuant to Federal Rule of Criminal Procedure 20. The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from January 30, 2006 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion to Continue Trial [12-1] is hereby **GRANTED**;

1

(2) Trial of this matter is continued until Monday, March 6, 2006 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from January 30, 2006 to March 6, 2006 is excluded as set out above;

(4) The deadline for filing pretrial motions is February 13, 2006; and

(5) The deadline for submitting a plea agreement is February 20, 2006.

**SO ORDERED**, this the 19th day of January, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE